FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

10 MAR 15 PM 3:29

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 8:10CR 66 |
| vs. | ) INDICTMENT |
| | ) [21 U.S.C. § 841(a)(1) & (b)(1)] |
| RYAN J. SHUFFTY, | ) |
| Defendant. | ) |

The Grand Jury Charges:

## COUNT I

On or about March 15, 2010, in the District of Nebraska, RYAN J. SHUFFTY, defendant herein, did knowingly and intentionally manufacture, distribute or dispense, or possess with intent to manufacture, distribute, or dispense 100 or more marijuana plants, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

_____
FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ANDREA E. BELGAU
Assistant United States Attorney