IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 8:10CR66 |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF COMPLIANCE OF |
| ) | LOCAL CRIMINAL RULE 16.1(a) |
| RYAN J. SHUFFTY, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case.

DATED this 23rd day of March, 2010.

                                                                  UNITED STATES OF AMERICA
                                                                  Plaintiff

                                                                  DEBORAH R. GILG
                                                                  United States Attorney

                                                                  *s/Andrea E. Belgau*
                                                                  ANDREA E. BELGAU #20657
                                                                  Assistant U.S. Attorney
                                                                  1620 Dodge Street, #1400
                                                                  Omaha, Nebraska 68102-1506
                                                                  (402) 661-3700

CERTIFICATE OF SERVICE

     I hereby certify that on March 23, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Glenn A. Shapiro, Attorney at Law.

                                                                  *s/Andrea E. Belgau*
                                                                  ANDREA E. BELGAU
                                                                  Assistant United States Attorney