IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR66 |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT |
| vs. | ) | |
| RYAN J. SHUFFTY, | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA   )
                    ) ss:
COUNTY OF DOUGLAS   )

**COMES NOW** Defendant, Ryan J. Shuffty, being first duly sworn upon oath deposes and states as follows:

1. That he is aware that counsel has requested the Court to grant a continuance in the above-captioned matter.

2. That he agrees to said continuance.

3. That he is also aware that such continuance will be excludable time for purposes of computing Speedy Trial Act deadlines.

**FURTHER AFFIANT SAYETH NOT.**

RYAN J. SHUFFTY, Defendant

SUBSCRIBED AND SWORN TO before me this 26th day of March, 2010.

GENERAL NOTARY - State of Nebraska
MICHELLE F. CANIGLIA
My Comm. Exp. Sept. 1, 2013

NOTARY PUBLIC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Andrea E. Belgau, Assistant United States Attorney.

s/Glenn A. Shapiro