IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| RYAN J. SHUFFTY, | ) |
| Defendant. | ) |

**EXHIBIT LIST**

Case No. 8:10cr66
Deputy: Marian Lea Frahm
Reporter: Digital Recorder
Date: May 5, 2010

| PLF | DFT | 3 P T Y | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | | | Affidavit and Application/Search Warrant/Receipt and Inventory | X | | X | | 5/5/2010 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
 **R: Relevancy**
 **H: Hearsay**
 **A: Authenticity**
 **O: Other (specify)**